**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ENVIRONMENTAL LAW & POLICY CENTER,<br>35 E. Wacker Drive, Suite 1600<br>Chicago, IL 60601; | )<br>)<br>)<br>)<br>)    Case No. 26-cv-02213 |
| ENVIRONMENTAL INTEGRITY PROJECT,<br>888 17th Street, NW, Suite 810<br>Washington, DC 20006; | )<br>)<br>)<br>) |
| GARY ADVOCATES FOR RESPONSIBLE DEVELOPMENT,<br>PO Box 2471<br>Gary, IN 46403; | )<br>)<br>)    **MOTION FOR ADMISSION OF**<br>)    **ATTORNEY *PRO HAC VICE***<br>) |
| and | )<br>) |
| JUST TRANSITION NORTHWEST INDIANA,<br>PO Box 8847<br>Michigan City, IN 46361; | )<br>)<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | )<br>) |
| LEE ZELDIN<br>Administrator of the U.S. Environmental Protection Agency<br>1200 Pennsylvania Ave. NW<br>Washington, D.C. 20460 | )<br>)<br>)<br>)<br>) |
| and | )<br>) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY,<br>1200 Pennsylvania Ave. NW<br>Washington, DC 20460 | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

1

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney George Maxwell Lopez *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of George Maxwell Lopez, filed herewith. As set forth in Mr. Lopez's declaration, he is admitted and an active member in good standing with the Illinois Bar. This motion is supported and signed by Brian Lynk, an active member of the Bar of this Court.

Dated: June 23, 2026.                    Respectfully submitted,


/s/ Brian H. Lynk
Environmental Law & Policy Center
740 15th Street NW, Suite 700
Washington, DC 20005
(240) 461-4241
blynk@elpc.org
D.C. Bar Number: 459525

2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ENVIRONMENTAL LAW & POLICY CENTER, 35 E. Wacker Drive, Suite 1600 Chicago, IL 60601; | ) ) ) ) ) |
| | Case No. 26-cv-02213 |
| ENVIRONMENTAL INTEGRITY PROJECT, 888 17th Street, NW, Suite 810 Washington, DC 20006; | ) ) ) ) |
| GARY ADVOCATES FOR RESPONSIBLE DEVELOPMENT, PO Box 2471 Gary, IN 46403; | ) ) ) ) |
| | **DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| and | ) ) |
| JUST TRANSITION NORTHWEST INDIANA, PO Box 8847 Michigan City, IN 46361; | ) ) ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) ) |
| LEE ZELDIN Administrator of the U.S. Environmental Protection Agency 1200 Pennsylvania Ave. NW Washington, D.C. 20460 | ) ) ) ) ) ) |
| and | ) ) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, 1200 Pennsylvania Ave. NW Washington, DC 20460 | ) ) ) ) ) ) |
| Defendants. | ) ) |

3

**DECLARATION OF GEORGE MAXWELL LOPEZ
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, George Maxwell Lopez, hereby declare:

1.  My name, office address, and telephone number are as follows:

    George Maxwell Lopez
    35 East Wacker Drive, Suite 1600
    Chicago, IL 60601
    (918) 607-8312

2.  I have been admitted to the Illinois Bar. My Attorney Bar Number is 6349520.

3.  I am currently in good standing with the Illinois Bar.

4.  I have not previously been admitted *pro hac vice* in this court.

5.  I do not have an office located in the District of Columbia, I am not a member of the

    District of Columbia Bar, and I do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct. Executed in

Chicago, IL on June 23, 2026.

Date: June 23, 2026.

Respectfully submitted,

Environmental Law & Policy Center
35 East Wacker Drive, Suite 1600
Chicago, IL 60601
(918) 607-8312
mlopez@elpc.org
Illinois Bar Number: 6349520

4

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ENVIRONMENTAL LAW & POLICY )
CENTER, )
35 E. Wacker Drive, Suite 1600 )
Chicago, IL 60601; )          Case No. 26-cv-02213
                            )
ENVIRONMENTAL INTEGRITY PROJECT, )
888 17th Street, NW, Suite 810 )
Washington, DC 20006; )
                            )
GARY ADVOCATES FOR RESPONSIBLE )     **PROPOSED ORDER GRANTING**
DEVELOPMENT, )                       **MOTION FOR ADMISSION OF**
PO Box 2471 )                        **ATTORNEY *PRO HAC VICE***
Gary, IN 46403; )
                            )
and )
                            )
JUST TRANSITION NORTHWEST )
INDIANA, )
PO Box 8847 )
Michigan City, IN 46361; )
                            )
*Plaintiffs*, )
                            )
                            )
v. )
                            )
                            )
LEE ZELDIN )
Administrator of the U.S. Environmental )
Protection Agency )
1200 Pennsylvania Ave. NW )
Washington, D.C. 20460 )
                            )
and )
                            )
U.S. ENVIRONMENTAL PROTECTION )
AGENCY, )
1200 Pennsylvania Ave. NW )
Washington, DC 20460 )
                            )
                            )
Defendants. )

5

**[PLAINTIFFS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY GEORGE MAXWELL LOPEZ *PRO HAC VICE***

The Court has reviewed the Plaintiffs' motion for admission of attorney George Maxwell Lopez *pro hac vice*. Upon consideration of that motion, the Court grants attorney George Maxwell Lopez *pro hac vice* admission to this Court.

IT IS SO ORDERED

DATED: _____                                    _____

                                                           United States District Judge