**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ENVIRONMENTAL LAW & POLICY CENTER, ENVIRONMENTAL INTEGRITY PROJECT, GARY ADVOCATES FOR RESPONSIBLE DEVELOPMENT, AND JUST TRANSITION NORTHWEST INDIANA | ) ) ) ) ) ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 26-cv-02213 |
| | ) | |
| v. | ) | |
| | ) | |
| LEE ZELDIN | ) | |
| Administrator of the U.S. Environmental Protection Agency | ) ) | |
| 1200 Pennsylvania Ave. NW | ) | |
| Washington, D.C. 20460, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | ) ) | |
| 1200 Pennsylvania Ave. NW | ) | |
| Washington, DC 20460, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(c), Abel Russ, a member in good standing of the bar of this Court and counsel for the Environmental Integrity Project, moves for admission and appearance of attorney Haley Lewis *pro hac vice* in the above-captioned case. This motion is supported by the Declaration of Haley Lewis, filed herewith.

As set forth in Ms. Lewis' declaration, she is admitted and an active member in good standing of the following bars and federal courts: the Alabama State Bar, the U.S. District Court for the Northern District of Alabama, and the U.S. Court of Appeals for the District of Columbia.

Ms. Lewis is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

Respectfully submitted, this the 24th day of June, 2026.

/s/ Abel Russ
Abel Russ (D.C. Bar No. 1007020)
888 17th Street, NW
Suite 810
Washington, DC 20006
aruss@environmentalintegrity.org
Tel: 802-482-5379

*Attorney for Environmental Integrity Project*

2