# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ENVIRONMENTAL LAW & POLICY CENTER, ENVIRONMENTAL INTEGRITY PROJECT, GARY ADVOCATES FOR RESPONSIBLE DEVELOPMENT, AND JUST TRANSITION NORTHWEST INDIANA | ) ) ) ) ) ) ) | |
| *Plaintiff*, | ) ) | Case No. 26-cv-02213 |
| v. | ) ) | |
| LEE ZELDIN<br>Administrator of the U.S. Environmental Protection Agency<br>1200 Pennsylvania Ave. NW<br>Washington, D.C. 20460, | ) ) ) ) ) ) | |
| and | ) ) | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY,<br>1200 Pennsylvania Ave. NW<br>Washington, DC 20460, | ) ) ) ) ) | |
| *Defendants*. | ) ) | |

### [PLAINTIFFS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY HALEY LEWIS *PRO HAC VICE*

The Court has reviewed the Plaintiffs' motion for admission of attorney Haley Lewis *pro hac vice*. Upon consideration of that motion, the Court grants attorney Haley Lewis *pro hac vice* admission to this Court.

IT IS SO ORDERED

DATED: _____                          _____
United States District Judge